UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VELLANOWETH, | No. 2:13-cv-1320 AC |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, warden of Mule Creek State Prison, | |
| Respondent. | |

Good cause appearing.

IT IS HEREBYORDERED that the petition for writ of habeas corpus filed in the above-captioned matter be re-filed under the number 12-cv-0460, nunc pro punc to June 28, 2013.

IT IS FURTHER ORDERED that case number 13-cv-1320, opened erroneously, is hereby closed.

DATED: July 16, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

vell1320.dism

1